UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BAO LU,<br><br>        Defendant. | No. 2:00-cr-00510 WBS<br><br><br>ORDER |

----oo0oo----

On March 14, 2022, defendant Bao Lu filed a motion for compassionate release. (Docket No. 44.) The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: March 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1